UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE GEO GROUP, INC. and GEO TRANSPORT, INC.<br><br>                     Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.<br><br>                     Defendants. | CIVIL CASE NO. 20-cv-80847-RS |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Barry F. Irwin, P.C., of the law firm of Irwin IP LLC, 222 South Riverside Plaza, Suite 2350, Chicago, IL 60606, (312) 667-6080, for purposes of appearance as counsel on behalf of Plaintiffs The GEO Group, Inc. and GEO Transport, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Barry F. Irwin, P.C., to receive electronic filings in this case, and in support thereof states as follows:

      1.     Barry F. Irwin, P.C. is not admitted to practice in the Southern District of Florida and is an active member in good standing and currently eligible to practice law in the following jurisdiction(s):

| Jurisdiction | License No. |
|---|---|
| State of Illinois | 6211213 |
| State of Nevada | 9068 |
| State of Indiana | 32300-71 |
| District of Columbia | 441551 |

2. Movant, Shannon B. Timmann, Esq. (Florida Bar No. 98810) of the law firm of Clare Locke LLP, 10 Prince Street, Alexandria, Virginia, 22314, 202.628.7400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Barry F. Irwin, P.C. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Barry F. Irwin, P.C., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Barry F. Irwin, P.C. at email address: birwin@irwinip.com.

WHEREFORE, Shannon B. Timmann, Esq. moves this Court to enter an Order allowing Barry F. Irwin, P.C., to appear before this Court on behalf of Plaintiffs The GEO Group, Inc. and GEO Transport, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Barry F. Irwin, P.C..

Dated: May 28, 2020  /s/ Shannon B. Timmann
Shannon B. Timmann
Florida Bar No. 98810
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: shannon@clarelocke.com

*Attorneys for Plaintiffs The GEO Group, Inc. and GEO Transport, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF, on May 28, 2020, on all counsel or parties of record.

                                           */s/ Shannon B. Timmann*
                                           Shannon B. Timmann

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE GEO GROUP, INC. and GEO TRANSPORT, INC.<br><br>                Plaintiff,<br><br>   v.<br><br>NETFLIX, INC.<br><br>                Defendants. | CIVIL CASE NO. 20-cv-80847-RS |

**<u>CERTIFICATION OF BARRY F. IRWIN, P.C., ESQ.</u>**

Barry F. Irwin, P.C., Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bars of the following jurisdictions:

| Jurisdiction | License No. |
|---|---|
| State of Illinois | 6211213 |
| State of Nevada | 9068 |
| State of Indiana | 32300-71 |
| District of Columbia | 441551 |

                                                 */s/ Barry F. Irwin, P.C.*
                                                 Barry F. Irwin, P.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE GEO GROUP, INC. and GEO TRANSPORT, INC.<br><br>     Plaintiff,<br><br> v.<br><br>NETFLIX, INC.<br><br>     Defendants. | CIVIL CASE NO. 20-cv-80847-RS |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Barry F. Irwin, P.C., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Barry F. Irwin, P.C., may appear and participate in this action on behalf of Plaintiffs The GEO Group, Inc. and GEO Transport, Inc. The Clerk shall provide electronic notification of all electronic filings to Barry F. Irwin, P.C., at birwin@irwinip.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                          _____
                          United States District Judge

Copies furnished to: All Counsel of Record



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/28/2020

Re: Barry F. Irwin
Attorney No. 6211213

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Barry F. Irwin was admitted to practice law in Illinois on 11/5/1992; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar