**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| THE GEO GROUP, INC. and GEO TRANSPORT, INC.<br><br>     Plaintiffs,<br><br> v.<br><br>NETFLIX, INC.<br><br>     Defendant. | CIVIL CASE NO. 20-cv-80847-RS |

**ORDER GRANTING DEFENDANT'S MOTION**
**FOR A COURT ORDER PERMITTING THE FILING**
**OF A DVD IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT AND**
**INCORPORATED MEMORANDUM OF LAW**

This cause is before the Court on Defendant's, Netflix, Inc.'s Motion for a Court Order Permitting the Filing of a DVD in Support of the Motion to Dismiss the Complaint and Incorporated Memorandum of Law [DE 29] which was filed on August 3, 2020. Having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED** and **ADJUDGED** as follows:

The Motion is **GRANTED**. The Clerk is ordered to include in the Court File the DVD containing video files offered in Support of Defendant's Motion to Dismiss the Complaint and Incorporated Memorandum of Law. This Order is not intended to determine or comment upon— and does not determine or comment upon—the authenticity or admissibility of the evidence, but only directs the Clerk to include the DVD as part of the Record.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of August, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record