**EXHIBIT A**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| THE GEO GROUP, INC. and GEO TRANSPORT, INC.<br><br>  Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.<br><br>  Defendant. | CIVIL CASE NO. 20-cv-80847-RS |

**NOTICE OF DISMISSAL**

Plaintiffs The GEO Group Inc. and GEO Transport, Inc. hereby give notice of the dismissal of this action, with prejudice, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own costs and fees.

Dated: May 1, 2021

                                        Respectfully Submitted,

                                        */s/ Megan L. Meier*
                                        Megan L. Meier, Esq. (*pro hac vice*)
                                        Shannon B. Timmann, Esq. (Fl. Bar. No. 98810)
                                        CLARE LOCKE LLP
                                        10 Prince Street
                                        Alexandria, VA 22314
                                        Telephone: (202) 628-7400
                                        Email: megan@clarelocke.com
                                        Email: shannon@clarelocke.com


                                        Barry F. Irwin, P.C. (*pro hac vice*)
                                        Manon L. Burns (*pro hac vice*)
                                        Irwin IP LLC
                                        222 South Riverside Plaza, Suite 2350
                                        Chicago, IL 60606
                                        Phone: 312.667.6080

                Email: birwin@irwinip.com
                Email: mburns@irwinip.com

*Attorneys for Plaintiffs*